STATE OF NEW JERSEY v. TONY BARNES.

June 7, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. DAVID L. NASH.

June 7, 1988.

Petition for certification denied.

ANTHONY PELOSE v. ROBERT E. GREEN, M.D.

June 7, 1988.

Petition for certification denied.   (See 222 *N.J.Super.* 545)

MANASQUAN RIVER REGIONAL SEWERAGE AUTHORITY v. OCEAN COUNTY UTILITIES AUTHORITY.

June 7, 1988.

Petition for certification granted.

MASI–BOYLE ASSOCIATES v. BERTHA RACHMIEL.

June 7, 1988.

Petition for certification denied.